UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM JENNINGS,

    Plaintiff,

v.                                           Case No. 13-13308

PATRICK FULLER, ROBERT
NUCKOLLS, DAVID KENAMER,
KYLE GUEST, MARK WING,
and JASON WHITE,                  HON. AVERN COHN

    Defendants.

_____/

## VERDICT FORM

# VERDICT

## I.

## Unlawful Force

### A. Liability

1. Was Patrick Fuller's use of force against William Jennings unlawful?

    __X__ Yes

    _____ No

2. Was David Kenamer's use of force against William Jennings unlawful?

    __X__ Yes

    _____ No

3. Was Robert Nuckolls's use of force against William Jennings unlawful?

    __X__ Yes

    _____ No

4. Was Mark Wing's use of force against William Jennings unlawful?

    __X__ Yes

    _____ No

5. Was Jason White's use of force against William Jennings unlawful?

    __X__ Yes

    _____ No

(If your answer to any of the above questions is "yes," go to "B." If your answer to all of the above questions is "no," you have completed your deliberations.)

*DPL*

## B. Causation

(Answer only as to the defendant(s) you found liable under "A.")

1. Did William Jennings suffer damages as a consequence of the use of unlawful force by Patrick Fuller?

    __X__ Yes

    _____ No

2. Did William Jennings suffer damages as a consequence of the use of unlawful force by David Kenamer?

    __X__ Yes

    _____ No

3. Did William Jennings suffer damages as a consequence of the use of unlawful force by Robert Nuckolls?

    __X__ Yes

    _____ No

4. Did William Jennings suffer damages as a consequence of the use of unlawful force by Mark Wing?

    __X__ Yes

    _____ No

5. Did William Jennings suffer damages as a consequence of the use of unlawful force by Jason White?

    __X__ Yes

    _____ No

DPL

2

(If your answer to any of the above questions is "yes," go to "Part II." If your answer to all of the above questions is "no," you have completed your deliberations.)

## II.

## Amount of Damages

(Answer this question if you answered "yes" to any question under "Part I.B" above.)

1. The amount of damages William Jennings suffered as a consequence of the use of unlawful force from September 18, 2010 to the present is:

$ 10,420,000.00

2. The amount of damages William Jennings is likely to suffer in the future as a consequence of the use of unlawful force is:

$ 7,210,000.00

## III.

## Punitive Damages

(Answer this Part only if you awarded damages for the use of unlawful force.)

(Answer only as to a defendant for whom you answered "yes" under "Part I.B.")

### A. Patrick Fuller

1. Was the conduct of Patrick Fuller toward William Jennings malicious, wanton or oppressive?

　　　　　　 X　 Yes

　　　　　　 ___　 No

(Answer this question if you answered "yes" to the question above.)

DPL

3

2. The amount of punitive damages to be awarded William Jennings as a consequence of Patrick Fuller's malicious, wanton or oppressive conduct is:

$ **5,000,000.00**

### B. David Kenamer

1. Was the conduct of David Kenamer toward William Jennings malicious, wanton or oppressive?

**X** Yes

\_\_\_\_\_ No

(Answer this question if you answered "yes" to the question above.)

2. The amount of punitive damages to be awarded William Jennings as a consequence of David Kenamer's malicious, wanton or oppressive conduct is:

$ **4,000,000.00**

### C. Robert Nuckolls

1. Was the conduct of Robert Nuckolls toward William Jennings malicious, wanton or oppressive?

**X** Yes

\_\_\_\_\_ No

(Answer this question if you answered "yes" to the question above.)

2. The amount of punitive damages to be awarded William Jennings as a consequence of Robert Nuckolls's malicious, wanton or oppressive conduct is:

$ **5,000,000.00**

*DPL*

### D. Mark Wing

1. Was the conduct of Mark Wing toward William Jennings malicious, wanton or oppressive?

<u>  X  </u> Yes

<u>      </u> No

(Answer this question if you answered "yes" to the question above.)

2. The amount of punitive damages to be awarded William Jennings as a consequence of Mark Wing's malicious, wanton or oppressive conduct is:

$ <u>3,000,000.00</u>

### E. Jason White

1. Was the conduct of Jason White toward William Jennings malicious, wanton or oppressive?

<u>  X  </u> Yes

<u>      </u> No

(Answer this question if you answered "yes" to the question above.)

2. The amount of punitive damages to be awarded William Jennings as a consequence of Jason White's malicious, wanton or oppressive conduct is:

$ <u>2,000,000.00</u>

s/Jury Foreperson
In compliance with the Privacy Policy Adopted by the Judicial Conference, the verdict form with the original signature has been filed under seal.

DPL

Date:

3 NOVEMBER 2016

5