UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM JENNINGS,

        Plaintiff(s),               CASE NO. 13-13308

v.

                                    HONORABLE AVERN COHN

PATRICK FULLER, ROBERT
NUCKOLLS, DAVID KENAMER, KYLE
GUEST, MARK WING AND JASON
WHITE,

        Defendant(s).
_____/

## JUDGMENT

      This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. Therefore,

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of the plaintiff, William Jennings, and against defendants Patrick Fuller, Robert Nuckolls, David Kenamer, Kyle Guest, Mark Wing and Jason White for use of excess force.

      IT IS FURTHER ORDERED that damages are awarded to plaintiff as follows:

      A)    $10,420,000 is awarded to Plaintiff who suffered the consequence of the use of unlawful force.

      B)    $7,210,000 is awarded to Plaintiff who is likely to suffer in the future as a consequence of the use of unlawful force.

IT IS FURTHER ORDERED that Plaintiff is awarded Punitive Damages as follows:

| | | |
|---|---|---|
| Patrick Fuller | - | $5,000,000 |
| David Kenamer | - | $4,000,000 |
| Robert Nuckolls | - | $5,000,000 |
| Mark Wing | - | $3,000,000 |
| Jason White | - | $2,000,000 |

SO ORDERED.

s/Avern Cohn
U.S. District Judge

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, November 7, 2016, by electronic and/or ordinary mail.

s/ Marie Verlinde
Case Manager, (313) 234-5160