UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM JENNINGS,

    Plaintiff,

v

                                      Case No. 2:13-cv-13308-AC-RSW
                                      HON. AVERN COHN

GENESEE COUNTY DEPUTIES PATRICK
FULLER, LT. ROBERT NUCKOLLS, DAVID KENAMER,
MARK WING and JASON WHITE,
Jointly and Severally,

    Defendants.
_____/

| Jonathan R. Marko (P72450) | Robert G. Kamenec (P35283) |
|---|---|
| MARKO LAW, PLC | PLUNKETT COONEY |
| Attorney for Plaintiff | Attorney for All Defendants |
| 645 Griswold, Suite 4100 | 38505 Woodward Avenue, Suite 100 |
| Detroit, MI  48226 | Bloomfield Hills, MI  48304 |
| (313) 965-5555 | (248) 901-4068 |
| jon@ernstmarkolaw.com | rkamenec@plunkettcooney.com |
| | |
| Dean Elliott (P60608) | Timothy S. Ferrand  (P39586) |
| DEAN ELLIOTT PLC | CUMMINGS, McCLOREY, DAVIS & ACHO, PLC |
| Co-Counsel for Plaintiff | Attorney for Defendant Mark Wing |
| 321 S. Williams Street | 19176 Hall Road – Suite 220 |
| Royal Oak,  MI   48607 | Clinton Township, MI  48038 |
| (248) 251-0001 | (586) 228-5600 |
| dean@deanelliottplc.com | tferrand@cmda-law.com |

| | |
|---|---|
| Mark Granzotto (P31492)<br>MARK GRANZOTTO, PC<br>Co-Counsel for Plaintiff<br>2684 Eleven Mile Road, Suite 100<br>Berkley, MI 48072<br>(248) 546-4649<br>mg@granzottolaw.com | T. Joseph Seward (P35095)<br>SEWARD PECK & HENDERSON PLLC<br>Attorney for Defendant Patrick Fuller<br>210 E. 3rd Street, Suite 212<br>Royal Oak, MI 48067<br>(248) 733-3580<br>jseward@sph-pllc.com |
| Thomas J. McGraw (P48817)<br>G. Gus Morris (P32960)<br>McGRAW MORRIS P.C.<br>Attorneys for Defendant Jason White<br>2075 West Big Beaver Rd, Suite 750<br>Troy, MI 48084<br>(248) 502-4000<br>tmcgraw@mcgrawmorris.com<br>gmorris@mcgrawmorris.com | Audrey J. Forbush (P41744)<br>PLUNKETT COONEY<br>Attorney for Defendant Robert Nuckolls<br>111 E. Court Street, Suite 1B<br>Flint, MI 48502<br>(810) 342-7014<br>aforbush@plunkettcooney.com |
| | Steven M. Potter (P33344)<br>Thomas M. DeAgostino (P34384)<br>POTTER DeAGOSTINO O'DEA & PATTERSON<br>Attorneys for Defendant David Kennamer<br>2701 Cambridge Court, Suite 223<br>Auburn Hills, MI 48326<br>(248) 377-1700<br>spotter@potterlaw.com<br>tdeagostino@potterlaw.com |

_____/

## **STIPULATION FOR ORDER OF DISMISSAL**

The parties, by and through their undersigned attorneys, stipulate that this case may be dismissed with prejudice and without costs or attorney fees.

| | | | |
|---|---|---|---|
| DEAN ELLIOTT PLC | | PLUNKETT COONEY | |
| By: | /s/Dean Elliott<br>Dean Elliott (P60608)<br>Attorney for Plaintiff<br>321 S. Williams Street<br>Royal Oak, MI 48607<br>(248) 251-0001<br>dean@deanelliottplc.com | By: | /s/Robert G. Kamenec<br>Robert G. Kamenec (P35283)<br>Attorney for All Defendants<br>38505 Woodward Ave, Ste 100<br>Bloomfield Hills, MI 48304<br>(248) 901-4068<br>rkamenec@plunkettcooney.com |
| Dated: March 9, 2018 | | Dated: March 9, 2018 | |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM JENNINGS,

    Plaintiff,

                                         Case No. 2:13-cv-13308-AC-RSW

v                                     HON. AVERN COHN

GENESEE COUNTY DEPUTIES PATRICK
FULLER, LT. ROBERT NUCKOLLS, DAVID KENAMER,
MARK WING and JASON WHITE,
Jointly and Severally,

    Defendants.
_____/

| | |
|---|---|
| Jonathan R. Marko (P72450) | Robert G. Kamenec (P35283) |
| MARKO LAW, PLC | PLUNKETT COONEY |
| Attorney for Plaintiff | Attorney for All Defendants |
| 645 Griswold, Suite 4100 | 38505 Woodward Avenue, Suite 100 |
| Detroit, MI  48226 | Bloomfield Hills, MI  48304 |
| (313) 965-5555 | (248) 901-4068 |
| jon@ernstmarkolaw.com | rkamenec@plunkettcooney.com |
| | |
| Dean Elliott (P60608) | Timothy S. Ferrand  (P39586) |
| DEAN ELLIOTT PLC | CUMMINGS, McCLOREY, DAVIS & |
| Co-Counsel for Plaintiff | ACHO, PLC |
| 321 S. Williams Street | Attorney for Defendant Mark Wing |
| Royal Oak,  MI   48607 | 19176 Hall Road – Suite 220 |
| (248) 251-0001 | Clinton Township, MI  48038 |
| dean@deanelliottplc.com | (586) 228-5600 |
| | tferrand@cmda-law.com |

| | |
|---|---|
| Mark Granzotto (P31492)<br>MARK GRANZOTTO, PC<br>Co-Counsel for Plaintiff<br>2684 Eleven Mile Road, Suite 100<br>Berkley, MI 48072<br>(248) 546-4649<br>mg@granzottolaw.com | T. Joseph Seward (P35095)<br>SEWARD PECK & HENDERSON PLLC<br>Attorney for Defendant Patrick Fuller<br>210 E. 3rd Street, Suite 212<br>Royal Oak, MI 48067<br>(248) 733-3580<br>jseward@sph-pllc.com |
| Thomas J. McGraw (P48817)<br>G. Gus Morris (P32960)<br>McGRAW MORRIS P.C.<br>Attorneys for Defendant Jason White<br>2075 West Big Beaver Rd, Suite 750<br>Troy, MI 48084<br>(248) 502-4000<br>tmcgraw@mcgrawmorris.com<br>gmorris@mcgrawmorris.com | Audrey J. Forbush (P41744)<br>PLUNKETT COONEY<br>Attorney for Defendant Robert Nuckolls<br>111 E. Court Street, Suite 1B<br>Flint, MI 48502<br>(810) 342-7014<br>aforbush@plunkettcooney.com |
| | Steven M. Potter (P33344)<br>Thomas M. DeAgostino (P34384)<br>POTTER DeAGOSTINO O'DEA & PATTERSON<br>Attorneys for Defendant David Kennamer<br>2701 Cambridge Court, Suite 223<br>Auburn Hills, MI 48326<br>(248) 377-1700<br>spotter@potterlaw.com<br>tdeagostino@potterlaw.com |

_____/

## ORDER OF DISMISSAL

Upon stipulation of the parties, by their attorneys, this action is dismissed with prejudice and without costs or attorney fees.

Dated: 3/14/2018

s/Avern Cohn
U.S. District Judge

Open.25105.63687.19641084-1